UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Barbara A. Bartosch<br><br>Debtor(s) | Case No.: 10 B 17288<br><br>Chapter: 13<br><br>Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Barbara A. Bartosch, Debtor(s), 1094 Florimond Drive, Elgin, IL 60123
Gilbert R. Dizon, Attorney for Debtor(s), 100 Illinois Street, Suite 200, St. Charles, IL 60174

You are hereby notified that debtor(s) is(are) due to CITIMORTGAGE, INC. SUCCESSOR BY MERGER TO ABN AMRO MORTGAGE GROUP, INC. for the contractual mortgage payment due 12/01/2011. As of the 12/14/2011 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 12/01/2011 through 12/14/2011 post-petition mortgage payments, with the 01/10/2012 coming due and $15.99 in suspense. The current mortgage payment amount due each month is $1,395.65. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/12/2012, CITIMORTGAGE, INC. SUCCESSOR BY MERGER TO ABN AMRO MORTGAGE GROUP, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 13, 2012.

    /s/ Gloria Tsotsos
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-04959)**

NOTE: This law firm is deemed to be a debt collector.